# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JAMES C. JUSTICE COMPANIES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DEERE & COMPANY and JOHN DEERE )<br>COMPANY, )<br>)<br>Defendants. ) | Case No. 5:06-0287 |

## JOHN DEERE'S UPDATED REPORT RE: STATUS OF PENDING ARBITRATION

Defendant Deere & Company, which Plaintiff also names as a separate defendant using its assumed name John Deere Company ("John Deere"), by counsel, pursuant to the Court's Memorandum Opinion and Order dated March 27, 2008 (Doc. #69) and the January 28, 2010 correspondence from the Court inquiring about the status of the litigation (Doc. #71), hereby reports that arbitration of the parties' dispute has been completed.

A copy of the March 17, 2010 Award of the Arbitrators is attached as **Exhibit A**.

At this juncture, no further action by the Court is required.

Dated:  March 26, 2010                              Respectfully submitted,


/s/ P. Nathan Bowles, Jr.
**BOWLES RICE MCDAVID GRAFF & LOVE LLP**
P. Nathan Bowles, Jr. (WV Bar No. 424)
Post Office Box 1386
Charleston, West Virginia 25325-1386
Telephone:  (304) 347-1113
Facsimile:  (304) 343-2867

*and*

**FOLEY & LARDNER LLP**
Michael J. Lockerby (*pro hac vice*)
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

*Counsel for Defendants*